OMEGA CONSULTING, Plaintiff,

v.

FARRINGTON MANUFACTURING COMPANY, Defendant.

No. 09 Civ. 2069 (JSR).

United States District Court, S.D. New York.

April 2, 2009.

Omega Consulting, San Antonio, TX, pro se.

### *ORDER*

JED S. RAKOFF, District Judge.

Plaintiff Omega Consulting has brought this action *pro se,* with its alleged sole proprietor Eric Dangerfield conducting the litigation. Federal law, however, is clear that a company may not appear *pro se* but rather must be represented by counsel. 28 U.S.C. § 1654; *Lattanzio v. COMTA,*

481 F.3d 137, 139–40 (2d Cir.2007) (holding that a layperson may not represent a "separate legal entity" such as a corporation (including a single shareholder corporation), a partnership, or a limited liability company). While some courts have allowed sole proprietorships to proceed *pro se* on the theory that such entities have no legal existence apart from their owner, *Lattanzio,* 481 F.3d at 140, this Court disagrees. If a party wishes to take advantage of the benefits of the corporate form, he or she must also assume its concomitant burdens.

Accordingly, the Court hereby dismisses this action *sua sponte.* The Clerk of the Court is directed to close the case.

SO ORDERED.